JS - 6

UNITED STATES DISTRICT

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| STEPHEN JERMAINE BARNES, an individual | **Case No. SACV-14-01420-JLS(ANx)** |
| | Honorable Josephine L. Staton |
| | Courtroom 10-A |
| Plaintiff, | |
| vs. | **ORDER OF DISMISSAL OF ALL PARTIES AND ALL CAUSES OF ACTION WITH PREJUDICE** |
| ANAHEIM POLICE DEPARTMENT, a municipal law enforcement agency; BRIAN SNOWDEN, an Officer of Defendant ANAHEIM POLICE DEPARTMENT, and an individual; and DOES 1-20 | Complaint Filed: July 2, 2014 |
| Defendants. | |

TO THE HONORABLE JOSEPHINE L. STATON,

    Plaintiff Stephen Jermaine Barnes has announced to the Court that this action has been fully resolved. A Joint Stipulation of Dismissal with Prejudice has been executed and filed with the

1

1  Court.  Having considered the Joint Stipulation of Dismissal with
2  Prejudice, the Court makes the following Ruling:
3       IT IS ORDERED that this action is hereby dismissed with
4  prejudice, with all costs to be paid by the party incurring same.

7  DATED: December 22, 2014

8                                    JOSEPHINE L. STATON
                                  **HON. JOSEPHINE L. STATON**
9                                    UNITED STATES DISTRICT JUDGE

28                                    2